JOSEPH WERSETSKY, administrator, *vs.* FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION & another. October 23, 1980. After examination of the record on appeal, we conclude that the judge did not abuse his discretion in entering the judgment dismissing the action for failure to prosecute. *McClintoch* v. *Allen,* 4 Mass. App. Ct. 771 (1976). See *Link* v. *Wabash R.R.,* 370 U.S. 626, 630-632 (1962); *Thompson* v. *Fleming,* 402 F.2d 266, 267 (5th Cir. 1968). Nor was there any abuse of discretion in the judge's denial of the plaintiff's postjudgment motions.

*Judgment affirmed.*

*Joseph Wersetsky,* pro se.